Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
UNITED STATES OF AMERICA
v.

MARK ALLIE, et al.

Docket No.: 13-cr-242

The Hon. Shira A. Scheindlin
(District Court Judge)

Notice is hereby given that _the United States of America_ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] _Suppression of Evidence as to Luz Figueroa_
(specify)
entered in this action on _December 2, 2013_.
(date)

This appeal concerns: Conviction only [__]   Sentence only [__]   Conviction & Sentence [__]   Other [✓]

Defendant found guilty by plea [ ]   | trial |   | N/A [✓].

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]


Appellant is represented by counsel? Yes [✓]  | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Walter Mack |
| Counsel's Address: | Doar Rieck Kaley & Mack |
| | 217 Broadway, 7th Floor, New York, NY 10007-2911 |
| Counsel's Phone: | 212-619-3730 |
| Assistant U.S. Attorney: | Jared Lenow |
| AUSA's Address: | U.S. Attorney's Office, Southern District of New York |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | 212-637-1068 |

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MARK ALLIE, et al.,<br><br>　　　　　　　Defendants. | <u>CERTIFICATION</u><br><br>13 Cr. 242 (SAS) |

      Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the district court dated December 2, 2013 (the "December 2 Order"), granting defendant Luz Figueroa's motion to suppress, is not taken for purpose of delay, and that the evidence suppressed pursuant to the December 2 Order is a substantial proof of a fact material in the proceeding.

Dated: New York, New York
       January 2, 2014

                                     *Preet Bharara /JT*
                                  PREET BHARARA
                                  United States Attorney
                                  Southern District of New York

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by electronic mail and ECF on January 2, 2014 on:

Walter Mack
Doar Rieck Kaley & Mack
Astor Building
217 Broadway, 7th Floor
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

                                              _____
                                              Jared Lenow
                                              Assistant United States Attorney
                                              (212) 637-1068

Dated:        New York, New York
                January 2, 2014