UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :       13 Cr. 242

v.                                 :

MARK ALLIE, LUZ FIGUEROA, et al.,  :       **PROPOSED ORDER**

Defendants.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/14

WHEREAS defendant Luz Figueroa, released on bail in this case under strict Pretrial Services supervision, has requested the Court's permission to attend the wake of a close family friend on Sunday, January 19, 2014, and the Pretrial Services Agency and the Government have taken no position on this request by this defendant,

IT IS HEREBY ORDERED that defendant herein Ms. Luz Figueroa may attend the wake of Mr. Gusatavo Olaechea, the deceased, to be held at the Ortiz Funeral Home, 192nd Street and the Grand Concourse in the Bronx, New York on Sunday, January 19, 2014 in the company of her brother, and she is hereby authorized to be absent on said date from her place of home confinement between the hours of 4 p.m. and 6 p.m. so as to attend aforesaid wake and said wake only. Defendant Figueroa is also directed to obtain a Letter of Attendance from the Ortiz Funeral Home for presentation promptly to the Pretrial Services Officer, Mr. Joshua Rothman at her next meeting with him.

Dated: January 17, 2014

SO ORDERED:

_____
Hon. Shira A. Scheindlin