```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :       13 Cr. 242 (SAS)

        v.                                  :

LUZ FIGUEROA,                      :       **PROPOSED ORDER**

        Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS the parties and the Pretrial Services Office have agreed to the following bail modifications for defendant Luz Figueroa,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that said bail conditions be modified to include mental health evaluation and treatment as directed by the Pretrial Services Office and the health services provider.

Dated: June 26, 2014

SO ORDERED:

_[signature]_

Hon. Shira A. Scheindlin    6/26/14