```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :    13 Cr. 242 (SAS)

    v.                            :

LUZ FIGUEROA,                    :    PROPOSED ORDER

       Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS the parties and the Pretrial Services Office have agreed to the following bail modifications for defendant Luz Figueroa,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the bail conditions for defendant Luz Figueroa be modified to permit removal of her Pretrial Services Ankle Monitoring Bracelet and that said defendant's curfew be suspended as permitted by her Pretrial Services Officer.

Dated: July 29, 2014

SO ORDERED:

_____
Hon. Shira A. Scheindlin