UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    :    13 Cr. 242 (SAS)

    v.    :

LUZ FIGUEROA,    :    **PROPOSED ORDER**

    Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/14

UPON THE APPLICATION of Walter Mack, Esq., counsel for the Defendant, Luz Figueroa and with the consent of the United States of America by Assistant United States Attorney Jared Lenow,

IT IS HEREBY ORDERED that Dr. Cheryl Paradis, PSY.D., Licensed Psychologist, is hereby appointed to conduct an examination of the Defendant Luz Figueroa in order to determine whether said defendant is suffering from any mental disease or defect, behavioral or medical characteristic which would assist the Court in determining the most appropriate sentence for this defendant; and

IT IS HEREBY FURTHER ORDERED that Dr. Paradis prepare a report of Defendant Luz Figueroa's mental condition, history and personal characteristics in order to assist the Court and counsel in a determination whether there are needed medical care, training or other sentencing conditions or considerations which should be appropriately taken into account by the Court pursuant to Section 3553 (a) of Title 18, United States Code;

IT IS HEREBY FURTHER ORDERED that Dr. Cheryl Paradis, PSY.D. may be compensated at the rate of $275.00 per hour for her services in conducting said examination, preparing said report and testifying at any hearing should that be necessary, and furthermore, as a

result of the need to conduct this examination and other factors presented to me by defense counsel;

IT IS HEREBY FURTHER ORDERED that the sentencing of defendant Luz Figueroa be adjourned from September 22, 2014 until December 3, 2014 at 4:30 pm.

Dated: August \_\_, 2014
New York, New York

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Judge