UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :       13 Cr. 242 (SAS)

          v.                                              :

                                      **PROPOSED**

LUZ FIGUEROA,                                      :       **ORDER**

          Defendant.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/14

       UPON THE APPLICATION of Walter Mack, Esq., counsel for the Defendant,

Luz Figueroa and with the consent of the United States of America, by Assistant United States

Attorney Jared Lenow,

       WHEREAS, the need for certain medical procedures for defendant Luz Figueroa,

now scheduled for December 1, 2014, has been brought to my attention by defense counsel,

       IT IS HEREBY FURTHER ORDERED that the sentencing of defendant Luz

Figueroa be adjourned from December 3, 2014 until January 22, 2015 at 4:30pm

Dated: November 18, 2014
      New York, New York

                                   **SO ORDERED**:

                                   Honorable Shira A. Scheindlin
                                   United States District Judge