```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,           :        13-cr-00242 (SAS)

           Plaintiffs,            :

      -against-                       :        **ORDER EXONERATING**
                                                      **BAIL BOND**

LUZ FIGUEROA,                       :        BOND NO. 999 02098674

           Defendant.            :

------------------------------x

WHEREAS an Appearance Bond executed by Neil P. Pedersen as attorney-in-fact of Seneca Insurance Company dated the 2nd day of January 2014 and filed shortly thereafter secured the release of Luz Figueroa pending the trial and eventual outcome. The liability under said bond was in the amount of $10,000.00. TEN THOUSAND 00/ DOLLARS, and furthermore,

WHEREAS, after sentence on February 27, 2015 and by a Judgment of Conviction dated March 2, 2015, defendant Luz Figueroa was adjudged to serve 15 months in custody, and she has complied with all the Pretrial Service requirements up and unto April 20, 2015, the date Luz Figueroa surrendered herself to Metropolitan Detention Center located in Brooklyn, New York,

Is is Hereby Adjudged and Decreed that the following are released and exonerated from any and all liability associated with the bail bond posted for Luz Figueroa to wit, Neil P. Pedersen, individually, on behalf of Nationwide Bail Bond Agency, Inc.; Bail USA, Inc.; and Seneca Insurance Company.

Dated: New York, New York
April 30, 2015

                                                                       Hon. Shira A. Scheindlin
                                                                       United States District Judge